UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ROTHENBERG and MATTHEW FERGUSON,
               Plaintiffs,

vs.

PB TRADING, S.A., et al.
               Defendants.

CIVIL ACTION FILE

NO. 1:12-cv-1667-CAP

## J U D G M E N T

The Court, Honorable Charles A. Pannell, Jr., United States District Judge, by Order of July 12, 2012, having directed that the Plaintiffs file an amended complaint, and the Plaintiffs having failed to do so, it is

**Ordered and Adjudged** that the action be and hereby is **DISMISSED without prejudice**.

Dated at Atlanta, Georgia, this 27th day of July, 2012.

                                                        JAMES N. HATTEN
                                                        CLERK OF COURT

                                        By:   s/Andrea Gee
                                                Andrea Gee, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 27, 2012
James N. Hatten
Clerk of Court

By: s/Andrea Gee
      Deputy Clerk